FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DARENE BARNES,

        Plaintiff,

vs.

UNION 174,

        Defendant.

No. 2:24-CV-0082-ACE

ORDER DENYING
IFP APPLICATION

By Order filed March 25, 2024, the Plaintiff was directed to pay the full filing fee or submit a properly completed Application to Proceed *In Forma Pauperis* within thirty days.

There has been no response to the court's Order. Accordingly, **IT IS ORDERED:**

    1.    Plaintiff's Complaint is **DISMISSED** without prejudice.

    2.    Plaintiff shall provide a notice of the dismissal to any and all Defendant(s) he/she served with a copy of the Complaint and Summons.

The District Court Executive is directed to file this Order, provide copies to *pro se* Plaintiff, and **CLOSE** this file.

DATED May 20, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1